## LEANDER TREMBLÉ *versus* PETER VAN EVERY

JOURNAL ENTRIES (1821–26): *Journal 3:* (1) Continued *p. 262; (2) order for judgment *p. 341; (3) referred *p. 364; (4) continued *p. 443. *Journal 4:* (5) Remand, procedendo MS p. 27; (6) judgment for costs MS p. 94.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) precipe for default judgment; (5) subpoena.

*1821 Calendar*, MS p. 63.